UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ESJ, ppa LUCKY GIRL (Lisa) BEH and ELLIOTT )
SACKOR, SR., and LUCKY GIRL (Lisa) BEH and )
ELLIOTT SACKOR, SR., Individually,  )
  )
    Plaintiffs,  )
  )
    v.  ) No. 18-cv-956-SM
  )
UNITED STATES OF AMERICA,  )
MARY CULLEN, D.O., and  )
ELLIOT HOSPITAL,  )
  )
    Defendants.  )
_____ )

## CIVIL FORM 3

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Defendants' Disclosure of Experts | August 5, 2021 | January 6, 2022 |
| Final Supplementation of Expert Disclosures | November 5, 2021 | April 7, 2022 |
| Close of Discovery | November 22, 2021 | April 22, 2022 |
| Summary Judgment Motions | October 22, 2021 | March 22, 2022 |
| Challenges to Expert Testimony | December 9, 2021 | May 11, 2022 |
| Joint Statement Regarding Suitability of Mediation | October 7, 2021 | March 7, 2022 |
| Trial | January 19, 2022 | June 21, 2022 |