UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ESJ, ppa LUCKY GIRL (LISA) BEH and ELLIOTT SACKOR, SR., and LUCKY GIRL (LISA) BEH and ELLIOTT SACKOR, SR. Individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>MARY CULLEN, D.O., and<br>ELLIOT HOSPITAL,<br><br>    Defendants. | Civil No. 1:18-cv-956-SM |

JOINT STATEMENT REGARDING THE
SUITABILITY OF THIS MATTER FOR MEDIATION

    The parties agree that mediation in this matter may be helpful. However, that determination cannot be made until after the parties depose the expert witnesses. Once that determination is made, the parties will provide notification to the Court.

                                                                                                   Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS ESJ, LUCKY GIRL BEH, and ELLIOT SACKOR, SR. | JOHN J. FARLEY<br>United States Attorney |
| By:  /s/ David W. Suchecki, Esq.<br>David W. Suchecki, NH Bar No. 14252<br>Crowe & Mulvey, LLP<br>77 Franklin Street, 3rd Floor<br>Boston, MA 02110<br>DSuchecki@croweandmulvey.com | By: /s/ Terry L. Ollila<br>Terry L. Ollila<br>Assistant U.S. Attorney<br>MA Bar 560603<br>53 Pleasant Street, 4th Floor<br>(603) 225-1552<br>Terry.Ollila@usdoj.gov |
| Dated: March 4, 2022 | Dated: March 4, 2022 |