UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ESJ, ppa LUCKY GIRL (Lisa) BEH and ELLIOTT SACKOR, SR., and LUCKY GIRL (Lisa) BEH and ELLIOTT SACKOR, SR., Individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, MARY CULLEN, D.O., and ELLIOT HOSPITAL,<br><br>    Defendants. | No. 18-cv-956-SM |

JOINT STATEMENT REGARDING
STATUS OF DISCOVERY

Pursuant to the Court's Endorsed Order dated May 20, 2022, granting the parties' joint motion to extend remaining deadlines and trial, the parties notify the Court that discovery has been completed and they will file a joint mediation statement on or before the December 2, 2022 deadline.

Respectfully submitted,

PLAINTIFFS ESJ, LUCKY GIRL BEH,
and ELLIOT SACKOR, SR.

By: /s/ David W. Suchecki, Esq.
David W. Suchecki, NH Bar No. 14252
Crowe & Mulvey, LLP
77 Franklin Street, 3rd Floor
Boston, MA 02110
DSuchecki@croweandmulvey.com

JANE E. YOUNG
United States Attorney

By: /s/ Terry L. Ollila
Terry L. Ollila
Assistant U.S. Attorney
MA Bar 560603
53 Pleasant Street, 4th Floor
(603) 225-1552
Terry.Ollila@usdoj.gov

Dated:   September 16, 2022

Dated:   September 16, 2022